UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MILTON AVERETT, JR. | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| GENESIS MARINE, LLC OF DELAWARE | § | MAGISTRATE: _____ |

## **SEAMAN'S SUIT**

This Seaman Suit of MILTON AVERETT, JR. a person of the full age of majority, appearing herein through undersigned counsel, and complaining of the above named defendant, respectfully alleges and shows unto this Honorable Court that:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104*, et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named defendant is GENESIS MARINE, LLC OF DELAWARE, hereinafter referred to as "GENESIS ", a limited liability company engaged in the marine transportation business.

3.

On or about JUNE 19, 2017 plaintiff, MILTON AVERETT, JR. was employed by the defendant, GENESIS , as an able-bodied seaman and member of the crew

assigned to the M/V GENESIS VIGILANT working a 28 / 28 schedule and earning $300.00 a day.

4.

Defendant, GENESIS , was at all times material to this lawsuit the "Jones Act" employer of the plaintiff, MILTON AVERETT, JR.

5.

At all times material to this lawsuit plaintiff was a seaman protected by the provisions of the 46 U.S.C. §30104 *et seq.,* the Jones Act.

6.

On or about JUNE 19, 2017, the M/V GENESIS VIGILANT , was a tow boat owned, operated and/or controlled by the defendant, GENESIS, and was operating upon navigable waters.

7.

On or about JUNE 19, 2017, while in the service of the M/V GENESIS VIGILANT and acting as a member of its crew in the furtherance of his employer's interests, plaintiff slipped and fell in the engine room walkway sustaining injuries to his person, including but not limited to injuries to his lower back.

8.

Plaintiff's injuries and damages are attributable to the fault and/or negligence of his Jones Act employer, GENESIS, in the following non-exclusive respects:

a.      failing to provide the plaintiff with a safe place to work;

b.      failing to perform appropriate engine room housekeeping;

c.      failing to give proper and appropriate warnings to the plaintiff;

d.      failing to adequately plan the operation ongoing at the time of the incident;

e.      other negligent acts and/or omissions to be shown at the trial of this

action.

10.

In addition to the aforementioned Jones Act negligence, a proximate cause of his

injuries was the unseaworthiness of the vessel and its appurtenances, e.g., the slippery

condition of the engine room's walkway.

11.

As a seaman injured in the service of the M/V GENESIS VIGILANT, plaintiff is

entitled to maintenance and cure benefits.

12.

As a result of the above and foregoing negligent acts and/or omissions and/or

the unseaworthiness of the M/V GENESIS VIGILANT, Plaintiff, MILTON AVERETT,

JR., is currently disabled from his marine employment and has suffered the loss of past

income, potential impairment of his future earning capacity, loss of employee benefits,

loss of enjoyment of life, past and future mental and physical pain and suffering, and

disability, has incurred and shall incur in the future medical expenses, past and future

maintenance, cure and found.

13.

As a Jones Act seaman, Plaintiff requests a trial by jury.

14.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, plaintiff, MILTON AVERETT, JR., prays for judgment herein and

against defendant, GENESIS MARINE, LLC OF DELAWARE and that it be duly cited and served with a copy of this Seaman's Suit, that it be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, MILTON AVERETT, JR., and against defendant herein, GENESIS MARINE, LLC OF DELAWARE in a sum of THREE MILLION ($3,000,000.00) DOLLARS, plus interest from the date of accident until paid, all costs of these proceedings, for trial by jury, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com

-4-